**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

LEROY STEPHENS and CAROLYN
STEPHENS, individually and as
assignees of Jackline Hamilton f/k/a
Jackline Brewer,

        Plaintiffs,

vs.                          Case No.  5:12-cv-442-Oc-99MMH-PRL

DAIRYLAND INSURANCE COMPANY,

        Defendant.
_____

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 47; Report), entered by the Honorable Philip R. Lammens, United States Magistrate Judge, on May 30, 2013. In the Report, Magistrate Judge Lammens recommends that Defendant Dairyland Insurance Company's Motion to Dismiss Plaintiff's Amended Complaint and Memorandum of Law in Support (Doc. 7; Motion) be granted with leave to amend. See Report at 8. Plaintiffs filed Plaintiffs' Objections to Report and Recommendation (Doc. 48; Objections) on June 10, 2013, pursuant to 28 U.S.C. § 636, and Rule 6.02, Local Rules, M.D. Fla. Defendant filed Defendant's Response to Plaintiffs' Objections to Report and Recommendation on June 24, 2013 (Doc. 53).

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b).  If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo

review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.[1]  Accordingly, it is hereby

**ORDERED:**

1.   Plaintiffs' Objections to Report and Recommendation (Doc. 48) is **OVERRULED**.

2.   The Report and Recommendation (Doc. 47) of Magistrate Judge Lammens is **ADOPTED** as the opinion of the Court.

3.   Defendant Dairyland Insurance Company's Motion to Dismiss Plaintiff's Amended Complaint and Memorandum of Law in Support (Doc. 7) is **GRANTED** to the extent that Plaintiffs' Amended Complaint (Doc. 4) is **DISMISSED, without prejudice**.

---

[1] In the Motion, Defendant requested a dismissal of Plaintiffs' Amended Complaint "with prejudice." See Motion at 13. Although in the Report, the Magistrate Judge recommends that the Motion be granted in its entirety, he also recommends that Plaintiffs be given leave to amend. See Report at 8. As such, the Court interprets the Magistrate Judge's recommendation that the Motion to Dismiss be granted to be a recommendation that the Motion be granted to the extent that Plaintiffs' Amended Complaint be dismissed without prejudice, and Plaintiffs be permitted to file an amended complaint. The Court finds such a resolution to be entirely appropriate.

4.   Plaintiffs shall have up to and including **August 9, 2013**, to file an amended complaint that adequately addresses the pleading deficiencies identified in the Report and Recommendation.

5.   Defendant shall respond to the amended complaint in accordance with the Federal Rules of Civil Procedure.

**DONE and ORDERED** in Chambers, this 17th day of July, 2013.

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

i23

Copies to:

Counsel of Record